# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KENT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEXION PHARMACEUTICALS, )<br>INC., DAVID R. BRENNAN, JOHN T. )<br>MOLLEN, CHRISTOPHER J. )<br>COUGHLIN, FRANCOIS NADER, )<br>DEBORAH DUNSIRE, JUDITH A. )<br>REINSDORF, PAUL A. FRIEDMAN, )<br>ANDREAS RUMMELT, and )<br>LUDWIG N. HANTSON, )<br>)<br>Defendants. ) | Case No. 1:21-cv-00441-MN<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: May 6, 2021

**LONG LAW, LLC**

By: */s/Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*